No. 79–5404.  BACA *v.* MALLEY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 79–5414.  BERRY *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 79–5436.  CRAWFORD *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 79–5439.  IRVING *v.* PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 79–5442.  GULLEY *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 5th Cir.  Certiorari denied.

No. 79–5446.  VANDER PAUWERT *v.* UNITED STATES DEPARTMENT OF JUSTICE.  C. A. 10th Cir.  Certiorari denied.

No. 79–5448.  OLIVERO *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 79–5471.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 79–5475.  ENGLAND *v.* UNITED STATES; and
No. 79–5541.  SOLANO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 605 F. 2d 1141.

No. 79–5480.  THORNTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–5503.  MILLER *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 79–5513.  ORTIZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.